# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GABRIEL BUSH, #12972-003,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:20-cv-0250-TFM-B |
| ) | CRIM. ACT. NO. 1:13-cr-4-TFM-B |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION AND ORDER

On February 19, 2021, the Magistrate Judge entered a report and recommendation which recommends Petitioner Gabriel Bush's *Motion to Withdraw 2255* (Doc. 143, file 6/11/20) be granted, this petition brought pursuant to 28 U.S.C. § 2255 be terminated, and the action dismissed. *See* Doc. 154.  No objections were filed.  Further, the Court notes that the Bureau of Prison's inmate locator shows that Petitioner was released on November 16, 2020 and no change of address was filed with the Court.  *See* https://www.bop.gov/inmateloc/ (last visited March 12, 2021).

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation (Doc. 154) is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Petitioner Gabriel Bush's Motion to Withdraw his § 2255 petition (Doc. 143) is construed as a motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2), the motion is **GRANTED**, the Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 128) is terminated, and that this action is **DISMISSED without prejudice** pursuant to his motion to withdraw.

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this 12th day of March, 2021.

>/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE